820

No. 144. TISCH ET AL. v. ZABLE. C. A. 5th Cir. Certiorari denied. *Robert C. Ward* and *William G. Ward* for petitioners. *Claude Pepper* and *Alfred I. Hopkins* for respondent.

No. 145. GIGLIO ET AL. v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *Harold W. Wolfram* for petitioners. *Solicitor General Rankin, Acting Assistant Attorney General Heffron* and *Meyer Rothwacks* for the United States.

No. 146. ILLINOIS CENTRAL RAILROAD CO. v. ANDRE. C. A. 5th Cir. Certiorari denied. *H. Payne Breazeale, Joseph H. Wright* and *John W. Freels* for petitioner. *A. Leon Hebert* and *Percy J. Landry, Jr.* for respondent.

No. 147. S. C. JOHNSON & SON, INC., v. JOHNSON ET AL., DOING BUSINESS AS JOHNSON PRODUCTS CO. C. A. 6th Cir. Certiorari denied. *Francis C. Browne, William E. Schuyler, Jr., Andrew B. Beveridge* and *Walter P. Armstrong, Jr.* for petitioner.

No. 148. PANHANDLE EASTERN PIPE LINE CO. v. THORNTON, U. S. DISTRICT JUDGE. C. A. 6th Cir. Certiorari denied. *William E. Miller* and *Joseph J. Daniels* for petitioner. *Robert E. McKean* for respondent.

No. 151. LIETZ v. FLEMMING, SECRETARY OF HEALTH, EDUCATION AND WELFARE. C. A. 6th Cir. Certiorari denied. *Rowland W. Fixel* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub* and *Alan S. Rosenthal* for respondent.